✎ LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEVEN BROWN | ) | Case No: 00-253 |
| | ) | USM No: 26632-034 |
| Date of Previous Judgment: 11/21/2001 | ) | Dwight Doskey |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The Court chose not to reduce Defendant's sentence because, based on a 5K motion, Defendant originally received a sentence of 126 months, which is well below both the original and amended guideline ranges.

Except as provided above, all provisions of the judgment dated  11/21/2001  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/11/2008

Judge's signature

Effective Date: _____
(if different from order date)

KURT D. ENGELHARDT, U. S. DISTRICT JUDGE
Printed name and title